# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Barbara C Kell  
       Debtor(s)

BKY. NO. 15-03748 MDF

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7512

                Respectfully submitted,

                **/s/ Thomas Puleo**  
                Thomas Puleo, Esquire  
                James C. Warmbrodt, Esquire  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106-1532  
                (215) 825-6306  FAX (215) 825-6406  
                Attorney for Movant/Applicant