STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Barbara L. Cassell a/k/a Barbara Kell | Chapter 13<br><br>Case Number: 15-03748-RNO |
|---|---|

### NOTICE OF APPEARANCE

MTGLQ Investors, L.P.[1][2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
*STERN & EISENBERG, PC*
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 19TH DAY OF APRIL, 2017.

          By:    /s/William E. Miller, Esquire
                ☑ William E. Miller, Esquire
                Stern & Eisenberg, PC
                1581 Main Street, Suite 200
                The Shops at Valley Square
                Warrington, PA 18976
                Phone: (215) 572-8111
                Facsimile: (215) 572-5025
                Bar Number: 308951
                wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: MTGLQ Investors, L.P.
2  The current Servicer of this loan is New Penn Financial, LLC D/B/A Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 123 Houston Avenue, Harrisburg, PA 17103.

# CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Barbara L. Cassell a/k/a Barbara Kell
123 Houston Avenue
Harrisburg, PA 17103

Charles J. DeHart, III, Esquire
Chapter 13 Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17036

Melanie W. Scaringi, Esquire
2000 Linglestown Road
Suite 106
Harrisburg, PA 17110

                        Respectfully Submitted:

                        Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
        ☒ William E. Miller, Esquire
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Facsimile: (215) 572-5025
        Bar Number: 308951
        wmiller@sterneisenberg.com

Date: April 19, 2017