**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Barbara C Kell fka Barbara Cassell<br>      Debtor(s)<br>-------------------------------------------------------<br>MTGLQ Investors, L.P.<br>      Movant<br>vs.<br><br>Barbara C Kell fka Barbara Cassell<br>      Debtors/Respondents | Chapter 13<br><br>Case Number: 15-03748-RNO<br><br>Nature of Proceeding: Motion for Relief<br><br>Pleading: Motion for Relief<br><br>Related to Document # 30 |

**REQUEST TO REMOVE FROM HEARING/TRIAL LIST***

    CHECK ONE:
    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

    The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.
(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in the proceeding.

Dated: May 24, 2017                      /s/William E Miller, Esq.
                                                  William E. Miller, Esquire
                                                  Stern & Eisenberg, PC
                                                  1581 Main Street, Suite 200
                                                  The Shops at Valley Square
                                                  Warrington, PA 18976
                                                  Phone: (215) 572-8111
                                                  Facsimile: (215) 572-5025
                                                  Bar Number: 308951
                                                  wmiller@sterneisenberg.com

    *No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.