# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BARBARA C KELL  Case No.: 1-15-03748-HWV
 Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name: SHELLPOINT MORTGAGE SERVICING
Court Claim Number: 02
Last Four of Loan Number: 1898/PRE ARREARS/123 HOUSTON AVE
Property Address if applicable: 123 HOUSTON AVENUE, HARRISBURG, PA  17103

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages: $9857.27
b. Prepetition arrearages paid by the Trustee: $9857.27
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: $0.00
e. Allowed postpetition arrearage: $0.00
f. Postpetition arrearages paid by the Trustee: $0.00
g. Total b, d, f: $9,857.27

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 19, 2018               Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

BARBARA C KELL  Case No.: 1-15-03748-HWV
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on July 19, 2018.

BARBARA C KELL
123 HOUSTON AVE
HARRISBURG, PA 17103


SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC, 29603-0826


MELANIE WALZ SCARINGI, ESQUIRE
2000 LINGLESTOWN ROAD
SUITE 109
HARRISBURG PA, 17110-


Date: July 19, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com