```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                               Case No. 15-03748-HWV
Barbara C Kell                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach           Page 1 of 1              Date Rcvd: Sep 13, 2018
                            Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +Barbara C Kell,   123 Houston Ave,   Harrisburg, PA 17103-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    EverBank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melanie Walz Scaringi    on behalf of Debtor 1 Barbara C Kell kelly@scaringilaw.com,
               melanie@scaringilaw.com;dblack@scaringilaw.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                                TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Barbara C Kell,<br>fka Barbara Cassell, | Chapter     13 |
| **Debtor 1** | Case No.     1:15–bk–03748–HWV |

Social Security No.:
                 xxx–xx–4040

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

| | |
|---|---|
| Dated: September 13, 2018 | By the Court,<br><br>*(signature)*<br><br>Honorable Henry W. Van Eck<br>United States Bankruptcy Judge<br>By: CKovach, Deputy Clerk |

**fnldec** (05/18)